<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

In re: Nomination Petitions of      :
Paul Kosko      :
     :    No. 288 C.D. 2023
Appeal of: William Bretz      :

# **O R D E R**

AND NOW, this 26th day of April, 2023, it is hereby ordered that the above-captioned opinion filed April 13, 2023, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.[1]

_____
CHRISTINE FIZZANO CANNON, Judge

---

[1] Judge Wallace did not participate in the decision to report this Opinion. See Internal Operating Procedures §§ 258 and 412(c), 210 Pa. Code §§ 69.258, 69.412(c).